UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN THE MATTER OF:<br>WANDA A. LUQUIS-APONTE<br>Petitioner (s) | CASE NO: 07-03714 SEK<br>CHAPTER 13 |
|---|---|

NOTICE OF SUBMITTING AMENDED SCHEDULE I

TO THE HONORABLE COURT:

COME (S) NOW, debtor(s) through the undersigned attorney and respectfully state(s), allege(s) and pray(s) as follows:

1. That debtor(s) is submitting with this Notice amended schedule I.

2. The purpose of the amendment is to:

    A.    _To clarify new income._

3. Dates for meeting of creditors, for filing claims and for hearing of confirmation are to be notified or have been by the Trustee of this case.

NOTICE

Within thirty (30) days after service as evidence by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law. (2) The requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the court may-in its discretion-schedule a hearing.

WE HEREBY CERTIFY that on this same date and by electronic CM/EC filing system, copy of this Notice has been sent to Mr. José Carrión, Esq., Chapter 13 Trustee, PO Box 9023884 San Juan, PR 00902-3884 and to all interested parties mentioned in attached Master Address List.

Respectfully Submitted

In San Juan, Puerto Rico, this November 19, 2009

*JAIME RODRÍGUEZ LAW OFFICE, PSC*
Attorney for Petitioner(s)
Cond. Villa Caparra Tower
44 Calle A, Apto 7-C
Guaynabo, PR 00969
Tel: (787)797-4174
Fax: (787)730-5454
bayamonlawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez, USDC- PR 221011

B6I (Official Form 6I) (12/07)

IN RE **LUQUIS APONTE, WANDA A** Case No. **07-3714**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **SALES DEPARTMENT** | |
| Name of Employer | **WOSO RADIO** | |
| How long employed | **22 years** | |
| Address of Employer | **PO BOX 11487** **SAN JUAN, PR 00910-2587** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)　　DEBTOR　　SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)　$ **1,985.20** 　$ _____
2. Estimated monthly overtime　$ _____ 　$ _____

**3. SUBTOTAL**　$ **1,985.20** 　$ **0.00**

**4. LESS PAYROLL DEDUCTIONS**
　a. Payroll taxes and Social Security　$ **351.87** 　$ _____
　b. Insurance　$ **120.00** 　$ _____
　c. Union dues　$ _____ 　$ _____
　d. Other (specify) _____　$ _____ 　$ _____
　　　　　　　　　　　　　　　$ _____ 　$ _____

**5. SUBTOTAL OF PAYROLL DEDUCTIONS**　$ **471.87** 　$ **0.00**

**6. TOTAL NET MONTHLY TAKE HOME PAY**　$ **1,513.33** 　$ **0.00**

7. Regular income from operation of business or profession or farm (attach detailed statement)　$ _____ 　$ _____
8. Income from real property　$ _____ 　$ _____
9. Interest and dividends　$ _____ 　$ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above　$ _____ 　$ _____
11. Social Security or other government assistance
　(Specify) _____　$ _____ 　$ _____
　　　　　　　　　$ _____ 　$ _____
12. Pension or retirement income　$ _____ 　$ _____
13. Other monthly income
　(Specify) **CHRISTMAS BONUS ($500.00/12)**　$ **41.66** 　$ _____
　　　**ADDITIONAL CAR ALLOWANCE CONTRIB. BEG. JULY 2007**　$ **300.00** 　$ _____
　　　**Daughter Contribution**　$ **300.00** 　$ _____

**14. SUBTOTAL OF LINES 7 THROUGH 13**　$ **641.66** 　$ _____

**15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)　$ **2,154.99** 　$ **0.00**

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)　　$ **2,154.99**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**NOT EXPECTED**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Sherman Broadcasting**
P.O. Box 11487
San Juan, PR 00910-2587

**Earnings Statement**

Check Date: **October 30, 2009**
Period Beginning: **October 15, 2009**
Period Ending: **October 31, 2009**

**Wanda Luquis Aponte**   Employee Number   5   Department   200

Check Number   5680
Net Pay   759.07
Check Amount   759.07

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Comm | 0.00 | | 245.20 | | 3044.90 |
| Salary | 0.00 | 86.67 | 750.00 | 1733.40 | 15000.00 |
| Vac | | | | | 2160.00 |
| **Total Gross Pay** | | 86.67 | 995.20 | 1733.40 | 20204.90 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare (Puerto Ric | | 995.20 | 14.43 | 292.97 |
| OASDI (Puerto Rico) | | 995.20 | 61.70 | 1252.70 |
| Federal Tax (Puerto | | 995.20 | | |
| Puerto Rico SITW | $100.00 | 995.20 | 100.00 | 1956.93 |
| PR SDI - EE | | | | 23.40 |
| **Total Tax Withholding** | | | 176.13 | 3526.00 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Medical Plan | 60.00 | 1291.70 |
| Deduction Regular | | 410.00 |
| **Total Deductions** | 60.00 | 1701.70 |

**Direct Deposits**   Account   Amount
No Direct Deposits

**Benefits**   Hours   Amount   YTD Hrs   YTD Amt

**Accruals**   Dollars

Sherman Broadcasting
P.O. Box 11487
San Juan, PR 00910-2587

# Earnings Statement

Check Date:        November 13, 2009
Period Beginning November 01, 2009
Period Ending:     November 14, 2009

**Wanda Luquis Aponte**   Employee Number   5   Department   200   Check Number   5692
                                                                    Net Pay        754.26
                                                                    Check Amount   754.26

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Vac | 0.00 | | 240.00 | | 2400.00 |
| Salary | 0.00 | 86.67 | 750.00 | 1820.07 | 15750.00 |
| Comm | | | | | 3044.90 |
| **Total Gross Pay** | | 86.67 | 990.00 | 1820.07 | 21194.90 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare (Puerto Ric | | 990.00 | 14.36 | 307.33 |
| OASDI (Puerto Rico) | | 990.00 | 61.38 | 1314.08 |
| Federal Tax (Puerto | | 990.00 | | |
| Puerto Rico SITW | $100.00 | 990.00 | 100.00 | 2056.93 |
| PR SDI - EE | | | | 23.40 |
| **Total Tax Withholding** | | | 175.74 | 3701.74 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Medical Plan | 60.00 | 1351.70 |
| Deduction Regular | | 410.00 |
| **Total Deductions** | 60.00 | 1761.70 |

**Direct Deposits**   Account   Amount
**No Direct Deposits**

**Benefits**   Hours  Amount  YTD Hrs  YTD Amt          **Accruals**                            Dollars

IN RE **LUQUIS APONTE, WANDA A**          Case No. **07-3714**
                         Debtor(s)                                                   (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **16** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 19, 2009**      Signature: ***/s/ WANDA A LUQUIS APONTE***
                                                   **WANDA A LUQUIS APONTE**       Debtor

Date: _____ Signature: _____
                                                                                                        (Joint Debtor, if any)
                                                                            [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

                                                                  _____
                                                                      (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

MASTER ADDRESS LIST

**LUQUIS APONTE, WANDA A**
**COND PARQUE DE TERRANOVA**
**CALLE ORQUIDEA NO 1 BUZON 54**
**GUAYNABO, PR  00969**

**JC PENNEY**
**PO BOX 960001**
**ORLANDO, FL  32896-0001**

**Jaime Rodriguez Law Office, PSC**
**Villa Caparra Tower 44 Calle A Apto 7C**
**Guaynabo, PR  00969**

**RETAIL SERVICES**
**PO BOX 60107**
**CITY OF INDUSTRY, CA  91716-0107**

**ASOC RES. PARQUE DE TERRANOVA**
**COND. PARQUE DE TERRANOVA, BUZON 33**
**GUAYNABO, PR  00969**

**WESTERNBANK PUERTO RICO**
**PO Box 1180**
**Mayaguez, PR  00681-1180**

**BANCO POPULAR DE PUERTO RICO**
**PO BOX 362708**
**SAN JUAN, PR  00936-2708**

**COOP A/C SAULO D. RODRIGUEZ**
**PO BOX 678**
**GURABO, PR  00778-0678**

**DEPARTAMENTO DE HACIENDA**
**BANKRUPTCY SECTION 424-B**
**PO BOX 9024140**
**SAN JUAN, PR  00902-4140**

**DORAL FINACIAL CORP**
**PO BOX 9024253**
**SAN JUAN, PR  00902-4253**

**DORAL FINANCIAL CORP.**
**PO BOX 13988**
**SAN JUAN, PR  00908-3988**

**EUROBANK**
**PO BOX 191009**
**SAN JUAN, PR  00919-1009**

**FIRST BANK**
**PO BOX 1853**
**BAYAMON, PR  00960-1853**